THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LORENZO BODDIE, Appellant

Beldock, P. J., Ughetta, Rabin, Benjamin and Munder, JJ., concur.